UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

UNITED STATES OF AMERICA

v.  No. 22-MJ-2016

JONATHAN WALKER

## PETITION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM

1. JONATHAN WALKER (DOB \*\*/\*\*/1985, Control No. 313686), is, in due form and process of law, confined in the custody of the Davidson County Jail, Male Correctional Development Center, 5113 Harding Place, Nashville, TN 37211.

2. Said individual has been charged pursuant to a complaint in Case Number 22-mj-2016. Defendant is needed for the purpose of appearing in this case before a United States Magistrate Judge in the United States District Court for the Middle District of Tennessee. A Writ of Habeas Corpus Ad Prosequendum should issue for that purpose.

DATED: March 3, 2022  **s/ Joshua Kurtzman**

_____
Joshua Kurtzman
Assistant United States Attorney
Petitioner

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

UNITED STATES OF AMERICA

v.  No. 22-MJ-2016

JONATHAN WALKER

## WRIT OF HABEAS CORPUS AD PROSEQUENDUM

TO:    United States Marshal, Middle District of Tennessee

The Petition is GRANTED.

YOU ARE HEREBY COMMANDED to bring or cause to be brought the body JONATHAN WALKER (DOB \*\*/\*\*/1985, Control No. 313686),), now confined in the custody of the Davidson County Jail, Male Correctional Development Center, 5113 Harding Place, Nashville, TN 37211, to the United States Courthouse at 110 9th Avenue South in Nashville, Tennessee, for the purpose of appearing on an arrest warrant and, unless otherwise ordered, for all other necessary proceedings in this case.

WITNESS, the Honorable Chip Frensley, United States Magistrate Judge, Middle District of Tennessee.

DATED:    March _____, 2022.

By: _____
Chip Frensley
United States Magistrate Judge
Middle District of Tennessee